UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

          Plaintiff,    Case No.: 21-CV-384 ERK-CLP

v.

PROMEDEV, LLC, d/b/a Relief Factor,

          Defendant.

───────────────────────────────────────────────

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys, that the time for Defendant, Promedev, LLC, d/b/a Relief Factor, to answer, appear or otherwise respond to the Summons and Complaint is hereby extended to and including April 1, 2021.

| | |
|---|---|
| DATED: February 17, 2021 | DATED: February 17, 2021 |
| **HINCKLEY, ALLEN & SNYDER LLP** | **LIPSKY LOWE LLP** |
| By: */s/ Christopher V. Fenlon* | By: */s/ Douglas B. Lipsky* |
| Christopher V. Fenlon (CF6305)<br>30 South Pearl Street, Suite 901<br>Albany, New York 12207<br>P: (518) 396-3100<br>F: (518) 396-3101<br>E: cfenlon@hinckleyallen.com | Douglas B. Lipsky<br>Christopher H. Lowe<br>420 Lexington Avenue, Suite 1830<br>New York, New York 10017-6705<br>P: (212) 392-4772<br>E: doug@lipskylowe.com<br>E: chris@lipskylowe.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |