UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

v.

PROMEDEV, LLC, d/b/a Relief Factor,

                Defendant.

---

Case No.: 21-CV-384 ERK-CLP

The parties have reached a settlement in principle and are negotiating the terms of the settlement agreement. Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for Defendant, Promedev, LLC, d/b/a Relief Factor, to answer, appear or otherwise respond to the Summons and Complaint is hereby extended to and including May 1, 2021.

DATED: March 30, 2021

**HINCKLEY, ALLEN & SNYDER LLP**

By: */s/ Christopher V. Fenlon*

Christopher V. Fenlon (CF6305)
30 South Pearl Street, Suite 901
Albany, New York 12207
P: (518) 396-3100
F: (518) 396-3101
E: cfenlon@hinckleyallen.com

*Attorneys for Defendant*

DATED: March 30, 2021

**LIPSKY LOWE LLP**

By: */s/ Douglas B. Lipsky*

Douglas B. Lipsky
Christopher H. Lowe
420 Lexington Avenue, Suite 1830
New York, New York 10017-6705
P: (212) 392-4772
E: doug@lipskylowe.com
E: chris@lipskylowe.com

*Attorneys for Plaintiff*